STEVEN A. GROODE, Bar No. 210500
sgroode@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone: 310.553.0308
Facsimile:  310.553.5583

PENNY CHEN, Bar No. 280706
pchen@littler.com
LITTLER MENDELSON, P.C.
633 W. 5th St.
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.947.1418

Attorneys for Defendants
MICHIGAN LOGISTICS, INC. d/b/a DILIGENT
DELIVERY SYSTEMS, CALIFORNIA
LOGISTICS, INC. d/b/a DILIGENT DELIVERY
SYSTEMS, WESTERN DELIVERY &
LOGSTICS, LLC, d/b/a DILIGENT DELIVERY
SYSTEMS, AND LARRY BROWNE

*ADDITIONAL COUNSEL LISTED ON NEXT
PAGE*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY BATEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHIGAN LOGISTICS, INC. d/b/a DILIGENT DELIVERY SYSTEMS, CALIFORNIA LOGISTICS, INC. d/b/a DILIGENT DELIVERY SYSTEMS, WESTERN DELIVERY & LOGSTICS, LLC, d/b/a DILIGENT DELIVERY SYSTEMS, and LARRY BROWNE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV 18-10229-GW-MRWx<br><br>**ORDER UPON STIPULATION TO CONTINUE STATUS CONFERENCE IN LIGHT OF PENDING APPEAL** |

Rachel Bien (Cal. Bar No. 315886)
OUTTEN & GOLDEN LLP
601 S Figueroa St., Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058
rmb@outtengolden.com

Chauniqua Young (*pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2002
cyoung@outtengolden.com

Troy L. Kessler (*pro hac vice*)
Marijana Matura (*pro hac vice*)
SHULMAN KESSLER LLP
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone:  (631) 499-9100
Facsimile:   (631) 499-9120
E-Mail: tkessler@shulmankessler.com
E-Mail: mmatura@shulmankessler.com

*ATTORNEYS FOR PLAINTIFF AND PROPOSED COLLECTIVE AND CLASS MEMBERS*

## __ORDER UPON STIPULATION__

Pursuant to the Stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that:

(1) The status conference presently set on March 30, 2020, is hereby vacated; and

(2) A further status conference shall be held on September 17, 2020 at 8:30 a.m. The parties are to file a joint status report by September 15, 2020.

IT IS SO ORDERED.

Dated: March 19, 2020

HON. GEORGE H. WU
U.S. DISTRICT JUDGE

4845-1343-1735.2