1  STEVEN A. GROODE, Bar No. 210500
   sgroode@littler.com
2  LITTLER MENDELSON, P.C.
   2049 Century Park East
3  5th Floor
   Los Angeles, CA  90067.3107
4  Telephone:   310.553.0308
   Facsimile:    310.553.5583
5
   PERRY K. MISKA, JR., Bar No. 299129
6  pmiska@littler.com
   LITTLER MENDELSON, P.C.
7  333 Bush Street, 34th Floor
   San Francisco, CA 94104
8  Telephone: (415) 433-1940
   Facsimile: (415) 399-8490
9
   Attorneys for Defendants
10 MICHIGAN LOGISTICS, INC. d/b/a DILIGENT
   DELIVERY SYSTEMS, CALIFORNIA
11 LOGISTICS, INC. d/b/a DILIGENT DELIVERY
   SYSTEMS, WESTERN DELIVERY & LOGSTICS,
12 LLC, d/b/a DILIGENT DELIVERY SYSTEMS,
   AND LARRY BROWNE
13

Note Court's comment below.  MRW

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16 RANDY BATEN, on behalf of himself       Case No.  2:18-cv-10229 GW (MRWx)
   and all others similarly situated,
17                                         **ORDER ON STIPULATION RE
                Plaintiff,                 PROTECTIVE ORDER**
18
19 v.

20 MICHIGAN LOGISTICS, INC. d/b/a
   DILIGENT DELIVERY SYSTEMS,
21 CALIFORNIA LOGISTICS, INC. d/b/a
   DILIGENT DELIVERY SYSTEMS,
22 WESTERN DELIVERY & LOGISTICS,
   LLC, d/b/a DILIGENT DELIVERY
23 SYSTEMS, and LARRY BROWNE,

24              Defendants.

25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Good cause appearing therefore, the terms of the Parties' Stipulation Re Protective Order filed on ___March 23, 2021___ are adopted by the Court. The Parties shall adhere to the terms of the Stipulation Re Protective Order unless modified or otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED:___March 24___, 2021   _____

HON. GEORGE H. W.

DISTRICT JUDGE, U.S. DIST. COURT

Hon. Michael R. Wilner
U.S. Magistrate Judge

Any challenge to a confidentiality designation per para. 7 of parties' stipulation must comply with the discovery motion procedures under Local Rule 37 et seq.  MRW

1.